United States District Court
Southern District of Texas
FILED

AUG 1 3 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | Criminal No. **M-19-1501** |
| § | |
| ROBERTO TREVINO-MENDOZA § | |
| PEDRO SAMUEL HERNANDEZ § | |
| JESUS IVAN RESENDEZ-GOMEZ § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

On or about May 21, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO TREVINO-MENDOZA**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 275th Judicial District Court of Hidalgo County, Edinburg, Texas, on May 15, 2000, in cause number CR-1937-97-E, for Aggravated Robbery, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Taurus, Model PT-111 Millennium Pro, 9mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

#### Count Two

On or about August 3, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ROBERTO TREVINO-MENDOZA**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 275th Judicial District Court of Hidalgo County, Edinburg, Texas, on May 15, 2000, in cause number CR-1937-97-E, for Aggravated Robbery, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Smith & Wesson, Model 539, 9mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Three

From on or about February 14, 2019 to on or about March 25, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ROBERTO TREVINO-MENDOZA**
**PEDRO SAMUEL HERNANDEZ**
**and**
**JESUS IVAN RESENDEZ-GOMEZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Four

On or about February 14, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ROBERTO TREVINO-MENDOZA**
**PEDRO SAMUEL HERNANDEZ**
**and**
**JESUS IVAN RESENDEZ-GOMEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Five

On or about March 8, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ROBERTO TREVINO-MENDOZA**
**PEDRO SAMUEL HERNANDEZ**
**and**
**JESUS IVAN RESENDEZ-GOMEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Six

On or about March 13, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ROBERTO TREVINO-MENDOZA**
**PEDRO SAMUEL HERNANDEZ**
**and**
**JESUS IVAN RESENDEZ-GOMEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE
## 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**ROBERTO TREVINO-MENDOZA**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

Taurus, Model PT-111 Millennium Pro, 9mm pistol

Smith & Wesson, Model 539, 9mm pistol.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_Robert Wells_
ASSISTANT UNITED STATES ATTORNEY